**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
        Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT NO. 9 PENSION PLAN, | ) ) ) ) | Civil No. 3:19-cv-01060-MO |
| | ) | **NOTICE OF DISMISSAL** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FULL BORE, INC., | ) ) | |
| Defendant. | ) ) | |

Pursuant to FRCP 41(a)(1)(A)(i), plaintiffs hereby dismiss this case without prejudice and without an award of fees or costs to any party.

DATED this 8th day of August 2019.

BROWNSTEIN RASK, LLP

/s/ Cary R. Cadonau
Cary R. Cadonau, OSB #002245
Attorney for Plaintiffs

Page 1 – **NOTICE OF DISMISSAL**